■ HENRI H. KAUFMAN, Appellant, v. WILLIAM J. SWEIGARD et al., Respondents.— Order entered on September 19, 1966, granting defendant Guilden's motion to dismiss the third and fourth causes of action contained in the complaint herein for legal insufficiency, unanimously reversed, on the law and on the facts, with $50 costs and disbursements to appellant, and motion denied. "We are not unmindful of the fact that this complaint is not artfully pleaded * * *. However, if 'in any aspect upon the facts stated [the plaintiff is] entitled to recovery' (*Abrams* v. *Allen,* 297 N. Y. 52, 54); a motion to dismiss for insufficiency must be denied [citing case] " (*Kaminsky* v. *Kahn,* 13 A D 2d 143, 146). Upon a motion made pursuant to CPLR 3211 (subd. [a], par. 7), the function of the court is to "look to the substance rather than the form" (*Foley* v. *D'Agostino,* 21 A D 2d 60, 64). It follows, therefore, that the third cause of action sufficiently states a claim for Guilden's intentional and deceitful inducement of Sweigard to breach his contract with plaintiff (*Goodman* v. *Kirkeby,* 282 App. Div. 86, 89, mot. for lv. to app. den. 306 N. Y. 981), and that the fourth cause of action sufficiently alleges an illegal conspiracy between the two defendants to deprive the plaintiff of his commissions. (*Hornstein* v. *Podwitz,* 254 N. Y. 443.) Concur — Stevens, J. P., Steuer, Capozzoli, McNally and Witmer, JJ.

■ CAFI TEXTILES, INC., Respondent, v. NEW AMSTERDAM CASUALTY COMPANY et al., Appellants.— Judgment in favor of plaintiff in this action to recover under two burglary insurance policies issued by defendants unanimously reversed, on the law and on the facts, and a new trial ordered, with $50 costs and disbursements to abide the event. The verdict is against the weight of the evidence on both the issues of liability and damages. Also, the record is silent as to who was the person or persons who first opened plaintiff's premises on the morning following the alleged "burglary" and what they found. Concur — Stevens, J. P., Steuer, Capozzoli, McNally and Witmer, JJ.